# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISIOIN

| | |
|---|---|
| CLAYTON WILLIAMS, on behalf of Himself and all others similarly situated ) | CASE NUMBER 2:19-CV-1364-RMG |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| VACATIONS INTERNATIONAL ) | |
| CLUB, LLC AND DOES 1 THROUGH ) | |
| 25 INCLUSIVE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Parties to the above captioned action seek to withdraw that certain Consent Order To Dismiss Without Prejudice and in its stead file this Stipulation of Dismissal Without Prejudice.

The parties to the above captioned matter, by and through their undersigned Attorneys, hereby stipulate that the Plaintiff's complaint be dismissed without prejudice.


s//   Alan D. Toporek                                         s//   Brian M. Knowles

**ALAN D. TOPOREK, ESQUIRE**                 **BRIAN M. KNOWLES, ESQUIRE**
Federal ID # 4127                                              Federal ID # 9694
PO Box 399                                                       768 St. Andrews Blvd.
Charleston, SC    29402                                    Charleston, SC 29407